ARTHUR W. DAVENPORT, Appellant, *v.* CITY OF BUFFALO et al., Respondents.

Submitted June 28, 1954; decided July 14, 1954.

*John J. Ray* and *William J. Driscoll* for motion.
*William B. Lawless, Jr., Corporation Counsel,* opposed.

Motion denied.